1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14

CR07-1136 PA

15  UNITED STATES OF AMERICA,          )
16              Plaintiff,             )  ORDER OF DETENTION AFTER
                                       )  HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17          v.                         )  Allegations of Violations of Probation
                                       )  ~~Supervised Release)~~
18       Saldana                       )  Conditions of Release)
                                       )
19              Defendant.             )
20

On arrest warrant issued by a United States District Court involving alleged

21  violations of conditions of probation ~~or Supervised Release~~,

22      The court finds no condition or combination of conditions that will

23  reasonably assure:

24      (A)  (✓)   the appearance of defendant as required; and/or

25      (B)  ( )   the safety of any person or the community.

26  //
27  //
28

The court concludes:

A.   (X)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he can abide by court orders

(B)   ( X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he can abide by court orders

IT IS ORDERED that defendant be detained.

DATED: _11/19/0__

_____
STEPHEN J. HILLMAN
UNITED STATES  MAGISTRATE JUDGE

2